ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT **JS-3**
Assistant United States Attorney
Chief, Santa Ana Branch Office
AMANDA LISKAMM (282233)
Assistant United States Attorney
    Ronald Reagan Federal Bldg. & U.S. Dist. Courthouse
    411 W. Fourth St., 8th Floor
    Santa Ana, California 92701
    Telephone:  (714) 338-3547
    Facsimile:  (714) 338-3708
    E-mail: Amanda.Liskamm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. SA 11-435-M |
| | ) |
| Plaintiff, | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| MITCHELL ALEX TUOMI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Based upon the government's motion to dismiss the complaint filed on August 29, 2011, which charged a violation of Title 18, United States Code, Section 1073, good cause appearing thereon, IT IS HEREBY ORDERED, that the government's motion to dismiss the complaint without prejudice is granted pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: January 30, 2013

_____
UNITED STATES MAGISTRATE JUDGE
JEAN P. ROSENBLUTH